**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-CV-01833-REB-KLM

RONALD RHODES,

    Plaintiff,

v.

VIRTUOSO SOURCING GROUP, LLC, f/k/a First Revenue Assurance,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal** [#17][1] filed March 2, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#17] filed March 2, 2012, is **APPROVED**;

2. That the Trial Preparation Conference set for June 15, 2012, is **VACATED**;

3. That the jury trial set to commence July 2, 2012, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated March 2, 2012, at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Bob Blackburn*
                                Robert E. Blackburn
                                United States District Judge

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.